David F. Brown, Esq.
California Bar No.171521
Rodney S. Woodbury, Esq.
Nevada Bar No. 7216 (PHV)
**WOODBURY, MORRIS & BROWN**
701 N. Green Valley Parkway, Suite 110
Henderson, Nevada 89074
(702) 933-0777
Attorneys for Defendant / Counterclaimant /
Third-Party Plaintiff Geoffrey Bruner

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE 1849 CONDOMINIUMS ASSOCIATION, INC., a California nonprofit mutual benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GEOFFREY BRUNER and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:09-cv-03339-JAM-EFB<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR FILING AMENDED COUNTERCLAIM (FIRST REQUEST)** |
| GEOFFREY BRUNER,<br><br>Counterclaimant,<br><br>vs.<br><br>THE 1849 CONDOMINIUMS ASSOCIATION, INC., a California nonprofit mutual benefit corporation; DOES 1 through 50, inclusive, and ROE Corporations 1 through 50, inclusive,<br><br>Counterdefendants. | |

GEOFFREY BRUNER,

      Third-Party Plaintiff,

vs.

BRAD NEUFELD, an individual; PHYLLIS GOTTLIEB, an individual; DEBBIE BEAN, an individual; JOE UNIS, an individual; MIKE FLEISCHER, an individual; NORM KAUFMAN, an individual; CHERYL WITHERILL, an individual; ROB WITHERILL, an individual; LANCE LENZ, an individual; DOES 1 through 50, inclusive; and ROE Corporations 1 through 50, inclusive,

      Third-Party Defendants.

Pursuant to Rule 144(a) of the Local Rules of this Court, it is hereby stipulated that the July 8, 2010 deadline by which Defendant / Counterclaimant / Third-Party Plaintiff GEOFFREY BRUNER ("BRUNER") has to file its Amended Counterclaim is hereby extended to July 21, 2010.

/ / /

/ / /

/ / /

This is the first extension sought in relation to BRUNER's deadline to file its Amended Counterclaim.

DATED this 8th day of July, 2010.

**WOODBURY, MORRIS & BROWN**

/S/ *Rodney Woodbury*
_____
David F. Brown, Esq.
California Bar No.171521
Rodney S. Woodbury, Esq.
Nevada Bar No. 7216 (PHV)
701 N. Green Valley Parkway, Suite 110
Henderson, Nevada 89074
Attorneys for Defendant / Counterclaimant
Third-Party Plaintiff Geoffrey Bruner

**LAW OFFICES OF PETER C. BRONSON**

/S/ *Peter C. Bronson*
_____
Peter C. Bronson, Esq.
California Bar No. 60669
770 L Street, Suite 950
Sacramento, California 95814

Timothy B. Sanford
California Bar No. 96635
Law Offices of Timothy B. Sanford
6 Oaktree Place, P.O. Box 8081
Mammoth Lakes, California 93546

Attorneys for Plaintiff and Counterdefendant

**ORDER**

IT IS ORDERED that the deadline for BRUNER to file its Amended Counterclaim is hereby extended to July 21, 2010.

DATED: this 8th day of July, 2010.

/s/ John A. Mendez
JOHN A. MENDEZ,
UNITED STATES DISTRICT COURT JUDGE