Peter C. Bronson (Cal. Bar No. 60669)
LAW OFFICES OF PETER C. BRONSON
A Professional Corporation
770 L Street, Suite 950
Sacramento, California 95814
Tel.: (916) 444-1110    Fax: (916) 361-6046

Timothy B. Sanford (Cal. Bar No. 96635)
LAW OFFICES OF TIMOTHY B. SANFORD
6 Oaktree Place
P.O. Box 8081
Mammoth Lakes, California 93546
Tel.: (760) 934-4529   Fax: (760) 934-5087

Attorneys for Plaintiff and Counterdefendant The 1849 Condominiums Association, Inc., and Third Party Defendants Brad Neufeld, Phyllis Gottlieb, Debbie Bean, Joe Unis, Mike Fleischer, Norm Kaufman, Cheryl Witherill and Rob Witherill

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE 1849 CONDOMINIUMS ASSOCIATION, INC., a California nonprofit mutual benefit corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>GEOFFREY BRUNER and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No. 2:09-cv-03339-JAM-EFB<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR FILING AND SERVICE OF RESPONSES TO FIRST AMENDED COUNTERCLAIM AND FIRST AMENDED THIRD PARTY COMPLAINT** |

1 – Stipulation and Order Extending Time To Plead

PDF created with pdfFactory trial version www.pdffactory.com

|   |   |
|---|---|
| 1 | **GEOFFREY BRUNER,** |
| 2 | Counterclaimant, |
| 3 | v. |
| 4 |   |
| 5 | **THE 1849 CONDOMINIUMS ASSOCIATION, INC.**, a California nonprofit mutual benefit corporation; DOES 1 through 50, inclusive, and ROE Corporations 1 through 50, inclusive, |
| 6 |   |
| 7 |   |
| 8 | Defendants. |
| 9 | **GEOFFREY BRUNER,** |
| 10 | Third-Party Plaintiff, |
| 11 |   |
| 12 | v. |
| 13 | **BRAD NEUFELD**, an individual; **PHYLLIS GOTTLIEB**, an individual; **DEBBIE BEAN**, an individual; **JOE UNIS**, an individual; **MIKE FLEISCHER**, an individual; **NORM KAUFMAN**, an individual; **CHERYL WITHERILL**, an individual; **ROB WITHERILL**, an individual; **LANCE LENZ**, an individual; DOES 1 through 50, inclusive; and ROE Corporations 1 through 50, inclusive, |
| 14 |   |
| 15 |   |
| 16 |   |
| 17 |   |
| 18 |   |
| 19 | Third-Party Defendants. |

Pursuant to Rule 144(a) of the Local Rules of this Court, it is hereby stipulated as follows:

1. Counterdefendant The 1849 Condominiums Association, Inc. shall have a 15-day extension of time, *i.e.,* through and including August 19, 2010, within which to file and serve a response to the First Amended Counterclaim of Defendant, Counterclaimant and Third-Party Plaintiff Geoffrey Bruner ("Bruner").

2. Third-Party Defendants Brad Neufeld, Phyllis Gottlieb, Debbie Bean, Joe Unis, Mike Fleischer, Norm Kaufman, Cheryl Witherill and Rob Witherill shall have a 15-day extension of time, *i.e.*, through and including August 19, 2010, within which to file and serve a response to Bruner's

2 – Stipulation and Order Extending Time To Plead

PDF created with pdfFactory trial version www.pdffactory.com

1 First Amended Third-Party Complaint.

2     3. This is the first extension sought with regard to the filing of responses to Bruner's

3 First Amended Counterclaim and First AmendedThird-Party Complaint.

4 DATED: August 3, 2010     Respectfully submitted,

5     DAVID F. BROWN
    RODNEY S. WOODBURY
6     WOODBURY, MORRIS & BROWN

8     By:_____
        Rodney S. Woodbury
9     Attorneys for Defendant, Counterclaimant
    and Third-Party Plaintiff Geoffrey Bruner

11     TIMOTHY B. SANFORD
    LAW OFFICES OF TIMOTHY B. SANFORD

12     PETER C. BRONSON
13     LAW OFFICES OF PETER C. BRONSON
    A Professional Corporation

15     By:_____
16        Peter C. Bronson
    Attorneys for Plaintiff and Counterdefendant
17     The 1849 Condominiums Association

19 **<u>ORDER</u>**

20 Upon the Stipulation of the aforesaid parties, and good cause appearing,

21 IT IS SO ORDERED.

22 DATED: August 3, 2010

23     /s/ John A. Mendez_____
    HON. JOHN A. MENDEZ
24     United States District Judge

3 – Stipulation and Order Extending Time To Plead

PDF created with pdfFactory trial version www.pdffactory.com