1  David F. Brown, Esq.
   California Bar No.171521
2  Rodney S. Woodbury, Esq.
   Nevada Bar No. 7216 (PHV)
3  Jordan B. Peel, Esq.
   Nevada Bar No. 11678 (PHV)
4  **WOODBURY, MORRIS & BROWN**
   701 N. Green Valley Parkway, Suite 110
5  Henderson, Nevada 89074
   (702) 933-0777
6  Attorneys for Defendant / Counterclaimant
   Geoffrey Bruner

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE 1849 CONDOMINIUMS ASSOCIATION, INC., a California nonprofit mutual benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GEOFFREY BRUNER and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:09-cv-03339-JAM-EFB<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY CUT-OFF DEADLINE**<br><br>**(FIRST REQUEST)** |
| GEOFFREY BRUNER,<br><br>Counterclaimant,<br><br>vs.<br><br>THE 1849 CONDOMINIUMS ASSOCIATION, INC., a California nonprofit mutual benefit corporation; DOES 1 through 50, inclusive, and ROE Corporations 1 through 50, inclusive,<br><br>Counterdefendants. | |

Pursuant to Rule 144(a) of the Local Rules of this Court, it is hereby stipulated that the January 31, 2012 discovery cut-off deadline is hereby extended to March 30, 2012 and the March 7, 2012 deadline to file dispositive motions is hereby extended to April 13, 2012. The parties are

close to settlement and extending such deadlines will provide adequate time for the parties to work through the details of such settlement. This is the first extension sought in relation to extending the foregoing deadlines.

DATED this 6th day of January, 2012.

**WOODBURY, MORRIS & BROWN**

/s/ *Jordan B. Peel*

David F. Brown, Esq.
California Bar No.171521
Rodney S. Woodbury, Esq.
Nevada Bar No. 7216 (PHV)
Jordan B. Peel, Esq.
Nevada Bar No. 11678 (PHV)
701 N. Green Valley Parkway, Suite 110
Henderson, Nevada 89074
Attorneys for Defendant / Counterclaimant
Geoffrey Bruner

**LAW OFFICES OF PETER C. BRONSON**

/s/ *Peter C. Bronson*

Peter C. Bronson, Esq.
California Bar No. 60669
770 L Street, Suite 950
Sacramento, California 95814

Timothy B. Sanford
California Bar No. 96635
Law Offices of Timothy B. Sanford
6 Oaktree Place, P.O. Box 8081
Mammoth Lakes, California 93546

Attorneys for Plaintiff and Counterdefendant

## ORDER

IT IS SO ORDERED.

DATED: this 6th day of January, 2012.

/s/ John A. Mendez
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE