**Peter C. Bronson (Cal. Bar No. 60669)**
**LAW OFFICES OF PETER C. BRONSON**
**A Professional Corporation**
**770 L Street, Suite 950**
**Sacramento, California 95814**
**Tel.: (916) 444-1110   Fax: (916) 361-6046**

**Timothy B. Sanford (Cal. Bar No. 96635)**
**LAW OFFICES OF TIMOTHY B. SANFORD**
**6 Oaktree Place**
**P.O. Box 8081**
**Mammoth Lakes, California  93546**
**Tel.: (760) 934-4529   Fax: (760) 934-5087**

Attorneys for Plaintiff and Counterdefendant
The 1849 Condominiums Association, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE 1849 CONDOMINIUMS ASSOCIATION, INC., a California nonprofit mutual benefit corporation,**<br><br>    Plaintiff,<br><br>    v.<br><br>**GEOFFREY BRUNER and DOES 1 through 20, inclusive,**<br><br>    Defendants. | Case No.  2:09-cv-03339-JAM-EFB<br><br>**STIPULATION OF DISMISSAL; ORDER THEREON** |
| **GEOFFREY BRUNER,**<br><br>Counterclaimant,<br><br>    v.<br><br>**THE 1849 CONDOMINIUMS ASSOCIATION, INC., a California nonprofit mutual benefit corporation; DOES 1 through 50, inclusive, and ROE Corporations 1 through 50, inclusive,**<br><br>Counterdefendants. | |

Stipulation of Dismissal; Order Thereon

PDF created with pdfFactory trial version www.pdffactory.com

1  Pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, plaintiff
2  and counterdefendant The 1849 Condominiums Association and defendant and counterclaimant
3  Geoffrey Bruner hereby stipulate as follows:
4     1. This Action shall be dismissed in its entirety, as to all parties, with prejudice.
5     2. The parties each shall bear all of their own respective costs, expenses and attorney's fees
6  in connection with this Action and all disputes between them.
7     3. The Court is respectfully requested to enter its Order approving this Stipulation as set
8  forth hereinbelow.

9  DATED: February 28, 2012         DAVID F. BROWN
                                    RODNEY S. WOODBURY
10                                  JORDAN B. PEEL
                                    WOODBURY, MORRIS & BROWN

12                                  By: _____
                                    Rodney S. Woodbury
13                                  Attorneys for Defendant and Counterclaimant
14                                  Geoffrey Bruner

15                                  TIMOTHY B. SANFORD
                                    LAW OFFICES OF TIMOTHY B. SANFORD

17                                  PETER C. BRONSON
                                    LAW OFFICES OF PETER C. BRONSON
                                    A Professional Corporation

19                                  By: _____
                                    Peter C. Bronson
20                                  Attorneys for Plaintiff and Counterdefendant
21                                  The 1849 Condominiums Association

**ORDER**

Based upon the foregoing Stipulation, and good cause appearing,

IT IS SO ORDERED.

Dated: March 28, 2012              /s/ John A. Mendez_____
                                   The Honorable John A. Mendez
                                   United States District Judge

2 – Stipulation of Dismissal; Order Thereon

PDF created with pdfFactory trial version www.pdffactory.com