1  Peter C. Bronson (Cal. Bar No. 60669)
   **LAW OFFICES OF PETER C. BRONSON**
2  A Professional Corporation
   770 L Street, Suite 950
3  Sacramento, California 95814
   Tel.:  (916) 444-1110   Fax:  (916) 361-6046
4

5  Timothy B. Sanford (Cal. Bar No. 96635)
   **LAW OFFICES OF TIMOTHY B. SANFORD**
6  6 Oaktree Place
   P.O. Box 8081
7  Mammoth Lakes, California  93546
   Tel.:  (760) 934-4529   Fax:  (760) 934-5087
8

9  Attorneys for Plaintiff and Counterdefendant
   The 1849 Condominiums Association, Inc.
10

11                     **UNITED STATES DISTRICT COURT**

12                     **EASTERN DISTRICT OF CALIFORNIA**

13 | **THE 1849 CONDOMINIUMS ASSOCIATION, INC.**, a California nonprofit mutual benefit corporation, | Case No.  2:09-cv-03339-JAM-EFB |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL; ORDER THEREON** |
| v. | |
| **GEOFFREY BRUNER** and DOES 1 through 20, inclusive, | |
| Defendants. | |
| **GEOFFREY BRUNER,** | |
| Counterclaimant, | |
| v. | |
| **THE 1849 CONDOMINIUMS ASSOCIATION, INC.**, a California nonprofit mutual benefit corporation; DOES 1 through 50, inclusive, and ROE Corporations 1 through 50, inclusive, | |
| Counterdefendants. | |

Stipulation of Dismissal; Order Thereon

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, plaintiff and counterdefendant The 1849 Condominiums Association and defendant and counterclaimant Geoffrey Bruner hereby stipulate as follows:

1. This Action shall be dismissed in its entirety, as to all parties, with prejudice.

2. The parties each shall bear all of their own respective costs, expenses and attorney's fees in connection with this Action and all disputes between them.

3. The Court is respectfully requested to enter its Order approving this Stipulation as set forth hereinbelow.

DATED: February 28, 2012

DAVID F. BROWN
RODNEY S. WOODBURY
JORDAN B. PEEL
WOODBURY, MORRIS & BROWN

By: _____
Rodney S. Woodbury
Attorneys for Defendant and Counterclaimant
Geoffrey Bruner

TIMOTHY B. SANFORD
LAW OFFICES OF TIMOTHY B. SANFORD

PETER C. BRONSON
LAW OFFICES OF PETER C. BRONSON
A Professional Corporation

By: _____
Peter C. Bronson
Attorneys for Plaintiff and Counterdefendant
The 1849 Condominiums Association

**ORDER**

Based upon the foregoing Stipulation, and good cause appearing,

IT IS SO ORDERED.

Dated: March 28, 2012          /s/ John A. Mendez_____
                               The Honorable John A. Mendez
                               United States District Judge

2 – Stipulation of Dismissal; Order Thereon

PDF created with pdfFactory trial version www.pdffactory.com